1  IGNACIA S. MORENO
   Assistant Attorney General
2  Environmental and Natural Resources Division
   U.S. Department of Justice
3  PATRICIA L. HURST
   Trial Attorney, Environmental Enforcement Section
4  P.O. Box 7611
   Washington, D.C. 20044
5  (202) 307-1242 (telephone); (202) 514-2583 (facsimile)
   Patricia.Hurst@usdoj.gov
6
   MELINDA HAAG
7  United States Attorney
   Northern District of California
8  CHARLES O'CONNOR (SBN 56320)
   Assistant United States Attorney
9  450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
10 (415) 436-7200 (telephone); (415) 436-7221) (facsimile)
   Attorneys for Plaintiff United States of America
11
   (Additional Attorneys Listed on Signature Page)
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, ,<br><br>Plaintiff,<br>v.<br><br>CITY OF ALAMEDA, et al.,<br><br>Defendants.<br><br>BAYKEEPER, INC., d/b/a SAN FRANCISCO BAYKEEPER, Intervenor-Plaintiff. | No. 4:09-CV-05684-RS<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING STAY FOR ADDITIONAL FORTY-FIVE DAYS |
|---|---|

## STIPULATION

Whereas, this action is a civil action brought by the United States of America ("United States") on behalf of the Administrator of the U.S. Environmental Protection Agency ("EPA") pursuant to section 309 of the Clean Water Act ("CWA"), 33 U.S.C. § 1319, against the cities of Alameda, Albany, Berkeley, Emeryville, Oakland, Piedmont, and the Stege Sanitary District

A/74268658.2                                    1

1 ("Defendants") to require compliance with CWA standards, limitations, and orders prohibiting discharge of sewage without CWA permit authorization;

Whereas, prior stipulations for stay of this action have been filed, and the most recent Order Granting Stay was filed February 18, 2011 extending the stay to and including May 16, 2011;

Whereas, the negotiating teams for all parties have come to agreement on terms for settlement, the United States lodged on March 15, 2011 a Stipulated Order for Preliminary Relief, and the parties also lodged on March 16, 2011 a separate Proposed Order for a permanent stay during the lifetime of the Stipulated Order;

Whereas, plaintiffs recently received one comment on the Stipulated Order during the thirty-day public comment period and are considering the various points made in that comment;

Whereas the parties need an additional 45 day extension of the current stay to and including Friday, July 1, 2011 to permit (a) plaintiffs to have subsequent time to consider their response to the comment, (b) plaintiffs then to have a short time to file their motion with this Court to enter this Stipulated Order, and (c) the Court to have time to decide its ruling on this matter;

IT IS HEREBY STIPULATED THAT:

1. The stay previously granted is hereby extended to and including July 1, 2011, under the terms and conditions set forth herein. All litigation activity shall continue to be stayed in *United States v. City of Alameda, et al.*, USDC N.D. Cal. Case No. CV 09-05684 CW to and including July 1, 2011.

    a. No party will file motions or initiate discovery.

    b. The time for the United States to serve its summons and complaint will be tolled while the stay is in effect.

    c. The time for Defendants to respond in any way to Baykeeper's complaint in intervention will be tolled while the stay is in effect, and Defendants preserve

all options and arguments for any response to Baykeeper's complaint in intervention.

2. Since on March 15, 2011 the United States filed an amended complaint in which the Water Boards also are named as a plaintiff and assert State law claims, the time for Defendants to receive summons and complaint as well as to respond in any way to Plaintiffs' complaint remains tolled while the stay is in effect.

3. Until a new Scheduling Conference is scheduled sometime after July 1, 2011, the parties will not hold their Conference under Fed. R. Civ. P. 26(f) and will not make disclosures under Rule 26(a).

4. This Stipulation will not be considered a general appearance by the Defendants.

5. Baykeeper shall continue to have the right to participate in negotiations with the United States, Water Boards, and the Defendants regarding the Stipulated Order for Preliminary Relief. During the stay period, Baykeeper shall receive copies of any documents or plans due under the current Administrative Orders issued to Defendants on or about November 18, 2009, and shall have the opportunity to comment on those documents and plans.

6. This Stay may be extended by stipulation of the parties, and further order of the Court.

Dated: May 12, 2011

_Patricia Hurst by Marilee J. Alla_
Patricia Hurst
United States Department of Justice
For Plaintiff United States

//

//

1

2   _____
3   John Davidson *by marilee J. alla*
    John Davidson
    California Attorney General's Office
4   For State of California, ex rel. California State Water Resources Control Board and California
    Regional Water Quality Control Board, San Francisco Bay Region
5

6   _____
    Jason Flanders *by marilee J. alla*
    Jason Flanders
7   San Francisco Baykeeper, Inc.
    For Intervenor-Plaintiff
8

9   _____
    Ellen Garber *by marilee J. alla*
    Ellen J. Garber
10  Shute, Mihaly & Weinberger LLP, and
    Donna Mooney, Acting City Attorney
11  For Defendant City of Alameda
12  (specially appearing without waiving
    service of complaint)
13

14  _____
    Zach Cowan *by marilee J. alla*
    Zach Cowan
15  City Attorney
16  For Defendant City of Berkeley (specially appearing without waiving
    service of complaint)
17

18  _____
    Michael Biddle *by marilee J. alla*
19  Michael G. Biddle
    City Attorney
20  For Defendant City of Emeryville
    (specially appearing without waiving
21  service of complaint)

22

23  _____
    Thomas Curry *by marilee J. alla*
24  Thomas Curry
    City Attorney
25  For Defendant City of Piedmont
26  (specially appearing without waiving
    service of complaint)

27

28

A/74268658.2                                4

STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING STAY FOR ADDITIONAL FORTY-FIVE DAYS
CV 09-05684 RS

1

2  *[signature: Kenton L. Alm by Marilee J. Allan]*

3  Kenton L. Alm
   Meyers Nave Riback Silver & Wilson
4  Attorneys for Defendant Stege Sanitary District
   and Defendant City of Albany
5  (specially appearing without waiving
   service of complaint)
6

7  *[signature: Marilee J. Allan]*

8  Marilee J. Allan
   Bingham McCutchen LLP
9  Attorneys for Defendant City of Oakland
   (specially appearing without waiving
10 service of complaint)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

A/74268658.2                          5

STIPULATION AND [PROPOSED] ORDER EXTENDING STAY FOR ADDITIONAL FORTY-FIVE DAYS
CV 09-05684 RS

1
2                              [PROPOSED] ORDER
3
4
5   PURSUANT TO STIPULATION, IT IS SO ORDERED.
6
7   _____           5/17/11
8   U.S. District Court Judge                   _____
                                                Date
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28