*E-Filed 9/6/11*

IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
Washington, DC 20530
PATRICIA L. HURST
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611 Ben Franklin Station
Washington, DC 20044
(202) 307-1242 (telephone); (202) 514-2583 (facsimile)
patricia.hurst@usdoj.gov

MELINDA HAAG
United States Attorney
Northern District of California
CHARLES O'CONNOR (SBN 56320)
Assistant United States Attorney
450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102
(415) 436-7200 (telephone); (415) 436-7221 (facsimile)
**Attorneys for Plaintiff United States of America**

(Additional Attorneys Listed on Following Page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and PEOPLE OF THE STATE OF CALIFORNIA ex rel. CALIFORNIA STATE WATER RESOURCES CONTROL BOARD and CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD, SAN FRANCISCO BAY REGION,<br><br>Plaintiffs,<br><br>SAN FRANCISCO BAYKEEPER,<br><br>Intervenor-Plaintiff,<br><br>v.<br><br>CITY OF ALAMEDA, et. al,<br><br>Defendants. | Case No. C 09-05684 RS<br><br>**STIPULATED ORDER FOR PRELIMINARY RELIEF** |

STIPULATED ORDER FOR PRELIMINARY RELIEF

```
 1  KAMALA D. HARRIS
    Attorney General of the State of California
 2  JOHN DAVIDSON (SBN 50364)
    Supervising Deputy Attorney General
 3  455 Golden Gate Avenue, Suite 11000
    San Francisco, CA 94102
 4  (415) 703-5525 (telephone); (415) 703-5480 (facsimile)
    john.davidson@doj.ca.gov
 5  Attorneys for Plaintiff People of the State of
    California ex rel. California State Water Resources
 6  Control Board and California Regional Water
    Quality Control Board, San Francisco Bay Region
 7
    DONNA MOONEY (SBN 189753)
 8  Acting City Attorney
    City of Alameda
 9  2263 Santa Clara Avenue, Room 280
    Alameda, CA 94501
10  (510) 747-4750 (telephone)
    DMOONEY@ci.alameda.ca.us
11  Attorneys for Defendant, City of Alameda

12  ELLEN J. GARBER (SBN 129712)
    BRIANNA R. FAIRBANKS (SBN 254939)
13  Shute, Mihaly & Weinberger LLP
    396 Hayes Street
14  San Francisco, CA 94102
    (415) 552-7272 (telephone)
15  garber@smwlaw.com
    fairbanks@smwlaw.com
16  Attorneys for Defendant, City of Alameda

17  KENTON L. ALM (SBN 59017)
    SABRINA S. WOLFSON (SBN 248444)
18  Meyers, Nave, Riback, Silver & Wilson
    555 12th Street, Suite 1500
19  Oakland, CA 94607
    (510) 808-2000 (telephone)
20  kalm@meyersnave.com
    swolfson@meyersnave.com
21  Attorneys for Defendant, City of Albany

22  ROBERT ZWEBEN (SBN 52917)
    Law Office of Robert Zweben
23  1730 Solano Avenue
    Berkeley, CA 94707
24  (510) 528-5858 (telephone)
    rjzlaw@aol.com
25  Attorneys for Defendant, City of Albany

26

27

28
                                                            Case No. C 09-05684 RS
                     STIPULATED ORDER FOR PRELIMINARY RELIEF
```

Case3:09-cv-05684-RS   Document56-1   Filed03/15/11   Page3 of 37

| | |
|---|---|
| 1 | ZACH COWAN, City Attorney (SBN 96372) |
| | City of Berkeley |
| 2 | 2180 Milvia Street, Fourth Floor |
| | Berkeley, CA 94704 |
| 3 | (510) 981-6998 (telephone); (510) 981-6960 (facsimile) |
| | zcowan@ci.berkeley.ca.us |
| 4 | **Attorneys for Defendant, City of Berkeley** |
| 5 | MICHAEL G. BIDDLE, City Attorney (SBN 139223) |
| | City of Emeryville |
| 6 | 1333 Park Avenue |
| | Emeryville, CA 94608 |
| 7 | (510) 596-4381 (telephone); (510) 596-3724 (facsimile) |
| | mbiddle@emeryville.org |
| 8 | **Attorneys for Defendant, City of Emeryville** |
| 9 | JOHN RUSSO, City Attorney (SBN 129729) |
| | CELSO DOLORES ORTIZ, Deputy City Attorney |
| 10 | (SBN 95838) |
| | City of Oakland |
| 11 | One Frank Ogawa Plaza, 6th Floor |
| | Oakland, CA 94612 |
| 12 | (510) 238-6236 (telephone); (510) 238-6500 (facsimile) |
| | COrtiz@oaklandcityattorney.org |
| 13 | **Attorneys for Defendant, City of Oakland** |
| 14 | JAMES J. DRAGNA (SBN 91492) |
| | MARILEE J. ALLAN (SBN 84166) |
| 15 | Bingham McCutchen LLP |
| | Three Embarcadero Center |
| 16 | San Francisco, CA 94111 |
| | (415) 393-2000 (telephone); (415) 393-2286 (facsimile) |
| 17 | jim.dragna@bingham.com |
| | marilee.allan@bingham.com |
| 18 | **Attorneys for Defendant, City of Oakland** |
| 19 | THOMAS R. CURRY (SBN 050348) |
| | Burke, Williams & Sorensen LLP |
| 20 | 1901 Harrison Street, Suite 900 |
| | Oakland, CA 94612-3501 |
| 21 | (510) 273-8780 (telephone); (510) 839-9104 (facsimile) |
| | tcurry@bwslaw.com |
| 22 | **Attorneys for Defendant, City of Piedmont** |
| 23 | KENTON L. ALM (SBN 59017) |
| | SABRINA S. WOLFSON (SBN 248444) |
| 24 | Meyers, Nave, Riback, Silver & Wilson |
| | 555 12th Street, Suite 1500 |
| 25 | Oakland, CA 94607 |
| | (510) 808-2000 (telephone) |
| 26 | kalm@meyersnave.com |
| | swolfson@meyersnave.com |
| 27 | **Attorneys for Defendant, Stege Sanitary District** |
| 28 | |

Case No. C 09-05684 RS

STIPULATED ORDER FOR PRELIMINARY RELIEF

1  JASON FLANDERS (SBN 238007)
   San Francisco Baykeeper, Inc.
2  785 Market Street, Suite 850
   San Francisco, California 94103
3  (415) 856-0444 (telephone); (415) 856-0443 (facsimile)
   jason@baykeeper.org
4  **Attorneys for San Francisco Baykeeper**

5  CHRISTOPHER SPROUL (SBN 126398)
   Environmental Advocates
6  5135 Anza Street
   San Francisco, California 94121
7  (415) 533-3376 (telephone); (415) 358-5695 (facsimile)
   csproul@enviroadvocates.com
8  **Attorneys for San Francisco Baykeeper**

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

understanding, or promise constitutes any part of this Stipulated Order or the settlement it represents, nor shall they be used in construing the terms of this Stipulated Order.

### XXIX. HEADINGS

144. Headings to the sections and subsections of this Stipulated Order are provided for convenience and do not affect the meaning or interpretation of the provisions of this Stipulated Order.

### XXX. PARTIAL JUDGMENT

145. Upon approval and entry of this Stipulated Order by the Court, this Stipulated Order shall constitute a partial judgment of the Court as to the Parties. The Parties recognize that final resolution of the claims set forth in the Complaints will require further remedial action, and this Stipulated Order is without prejudice to the Parties' positions as to the merits of any such further relief.

Dated and entered this 6th day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE
Northern District of California