*E-Filed 9/6/11*

1

2

3

4

5

6

7

8

9

10

11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

12

13

14

15

16

17

18

UNITED STATES OF AMERICA, ,

            Plaintiff,

    v.

CITY OF ALAMEDA, et al.,

            Defendants.

_____

BAYKEEPER, INC., d/b/a SAN FRANCISCO
BAYKEEPER, Intervenor-Plaintiff.

No. 4:09-CV-05684-RS

[~~PROPOSED~~] ORDER EXTENDING
STAY DURING TERM OF
STIPULATED ORDER

19

20

### [~~PROPOSED~~] ORDER EXTENDING STAY DURING TERM OF STIPULATED ORDER

21

Whereas, good cause appears:

22

Pursuant to Stipulation, IT IS ORDERED that:

23

24

25

26

27

1.  The stay previously granted is hereby extended through the life of the Stipulated
    Order for Preliminary Relief ("Stipulated Order") and until further order of this
    Court.  Except as stipulated in Paragraphs 6 and 7, below, all litigation activity shall
    continue to be stayed in *United States v. City of Alameda, et al.*, USDC N.D. Cal.
    Case No. CV 09-05684 RS:

28

    a.  No party will file motions or initiate discovery.

    b.  The time for the United States to serve its summons and complaint will be tolled while the stay is in effect.

    c.  The time for Defendants to respond in any way to Baykeeper's complaint in intervention will be tolled while the stay is in effect, and Defendants preserve all options and arguments for any response to Baykeeper's complaint in intervention.

2.  With respect to any amended complaint filed by the United States and the State of California, the time for Defendants to receive summons and complaint as well as to respond in any way to Plaintiffs' complaint remains tolled while the stay is in effect.

3.  Until a new Scheduling Conference is scheduled shortly before or after the termination of the Stipulated Order, the parties will not hold their Conference under Fed. R. Civ. P. 26(f) and will not make disclosures under Rule 26(a).

4.  This Stipulation will not be considered a general appearance by the Defendants.

5.  During the stay period, Baykeeper shall receive copies of any documents or plans due under the current Administrative Orders issued to Defendants on or about November 18, 2009, or under the Stipulated Order once entered, and shall have the opportunity to comment on those documents and plans.

6.  Intervenor-Plaintiff Baykeeper may bring a motion or motions for attorneys' fees incurred by Baykeeper once the Stipulated Order is entered and the other parties may oppose such motions.

7.  The parties may bring any proceedings necessary in this action to enforce the terms of the Stipulated Order once it is entered.

8.   This Stay may be extended by stipulation of the parties, and further order of the Court.

DATED: _____9/6_____, 2011          By: _____

RICHARD SEEBORG
U.S. District Court Judge

[PROPOSED] ORDER EXTENDING STAY DURING TERM OF STIPULATED ORDER          CV 09-05684 RS