*E-Filed 9/6/11*

1

2

3

4

5

6

7

8

9      UNITED STATES DISTRICT COURT

10      NORTHERN DISTRICT OF CALIFORNIA

11      SAN FRANCISCO DIVISION

12

13   UNITED STATES OF AMERICA, ,              No. 4:09-CV-05684-RS

14              Plaintiff,                    [~~PROPOSED~~] ORDER EXTENDING
          v.                                 STAY DURING TERM OF
15                                           STIPULATED ORDER
     CITY OF ALAMEDA, et al.,

16              Defendants.

17   _____
     BAYKEEPER, INC., d/b/a SAN FRANCISCO
18   BAYKEEPER, Intervenor-Plaintiff.

19            **[~~PROPOSED~~] ORDER EXTENDING STAY DURING TERM**
                        **OF STIPULATED ORDER**
20
     Whereas, good cause appears:
21
     Pursuant to Stipulation, IT IS ORDERED that:
22

23   1.   The stay previously granted is hereby extended through the life of the Stipulated

24        Order for Preliminary Relief ("Stipulated Order") and until further order of this

25        Court.  Except as stipulated in Paragraphs 6 and 7, below, all litigation activity shall

26        continue to be stayed in *United States v. City of Alameda, et al.*, USDC N.D. Cal.

27        Case No. CV 09-05684 RS:

28

A/74026038.1                              1

    a.   No party will file motions or initiate discovery.

    b.   The time for the United States to serve its summons and complaint will be tolled while the stay is in effect.

    c.   The time for Defendants to respond in any way to Baykeeper's complaint in intervention will be tolled while the stay is in effect, and Defendants preserve all options and arguments for any response to Baykeeper's complaint in intervention.

2.   With respect to any amended complaint filed by the United States and the State of California, the time for Defendants to receive summons and complaint as well as to respond in any way to Plaintiffs' complaint remains tolled while the stay is in effect.

3.   Until a new Scheduling Conference is scheduled shortly before or after the termination of the Stipulated Order, the parties will not hold their Conference under Fed. R. Civ. P. 26(f) and will not make disclosures under Rule 26(a).

4.   This Stipulation will not be considered a general appearance by the Defendants.

5.   During the stay period, Baykeeper shall receive copies of any documents or plans due under the current Administrative Orders issued to Defendants on or about November 18, 2009, or under the Stipulated Order once entered, and shall have the opportunity to comment on those documents and plans.

6.   Intervenor-Plaintiff Baykeeper may bring a motion or motions for attorneys' fees incurred by Baykeeper once the Stipulated Order is entered and the other parties may oppose such motions.

7.   The parties may bring any proceedings necessary in this action to enforce the terms of the Stipulated Order once it is entered.

8.  This Stay may be extended by stipulation of the parties, and further order of the Court.

DATED: _____9/6_____, 2011          By: _____

RICHARD SEEBORG
U.S. District Court Judge

3

[PROPOSED] ORDER EXTENDING STAY DURING TERM OF STIPULATED ORDER          CV 09-05684 RS